USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARK RUBENSTEIN, DEBORAH DONOGHUE, and DONNA HUNTER,

        Plaintiffs,

v.

IMAX CORP.,

        Nominal Defendant,

and

ROBERT LISTER, and MARK WELTON,

        Defendants.

-----------------------------------------------------------------X

1:20-cv-03961-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 12, 2020, the Court held a conference regarding Defendants' request for leave to file a motion to dismiss. Dkt. No. 16. Defendants' request is granted. The deadline for Defendants to file and serve their motion to dismiss is August 19, 2020. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

    For the reasons stated on the record during the conference, discovery is stayed pending the resolution of Defendants' anticipated motion to dismiss. The initial pretrial conference scheduled for August 17, 2020 is adjourned *sine die*.

    SO ORDERED.

Dated: August 12, 2020

                                                  GREGORY H. WOODS
                                                  United States District Judge