UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK RUBENSTEIN, DEBORAH DONOGHUE, and DONNA HUNTER,

    Plaintiffs,

v.

IMAX CORP.,

    Nominal Defendant,

and

ROBERT LISTER, and MARK WELTON,

    Defendants.

No. 20-cv-03961-GHW

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between the named parties to this action, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed by Plaintiffs without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Nicholas P. Crowell
Robert M. Garsson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
ncrowell@sidley.com
rgarsson@sidley.com

Chad S. Hummel (*pro hac vice*)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Tel: (310) 595-9500
chummel@sidley.com

*Counsel for Nominal Defendant IMAX Corp. and Defendants Robert Lister and Mark Welton*

David Lopez, Esq.
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, PO Box 323
Southampton, NY 11968
(631) 287-5520
DavidLopezEsq@aol.com

*Attorney for Plaintiffs Aaron Rubenstein, Deborah Donoghue, and Donna Hunter*

Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A, New York NY 10075
(323) 790-4881
MiriamTauberLaw@gmail.com
*Attorney for Plaintiffs Aaron Rubenstein, Deborah Donoghue, and Donna Hunter*

James Hunter
HUNTER & KMIEC
255 W. 94th St. # 10M
New York, NY 10025
(646) 666-0122
hunter@hunterkmiec.com
*Attorney for Plaintiffs Aaron Rubenstein, Deborah Donoghue, and Donna Hunter*

**DATED: FEBRUARY 10, 2021**